MAX REIMAN, TRADING AS ORIENTAL VERMIN EXTER-
MINATING COMPANY, PLAINTIFF-APPELLEE, v. ESSEX
CHAIR COMPANY, DEFENDANT-APPELLANT.

Submitted January term, 1932—Decided April 9, 1932.

Before Justices CAMPBELL, LLOYD and BODINE.

For the appellee, *William Harris.*

For the appellant, *Herman L. Fast.*

PER CURIAM.

The action was to recover the balance of the consideration
of a contract for the extermination of rats from the factory of
the appellant. The cause was tried by the District Court
judge, without a jury, and resulted in a judgment in favor
of the plaintiff below.

Appellant urges two grounds why this judgment should
be reversed.

1. The suit was prematurely brought.

This is without substance. By the express terms of the
contract failure to pay the monthly installments made the
entire balance due immediately. There was proof of non-
payment of installments from which the court was justified
in finding such acceleration of payment of the consideration
of the contract.

2. The court erred in finding that the rats were
exterminated.

It is here urged that the proof in this direction on the part of the plaintiff, upon whom the burden rested, was that there were no rats, which is merely negative evidence, having no probative value in the face of affirmative evidence of the presence of rats.

The situation is not like unto that in *Holmes* v. *Pennsylvania Railroad Co.,* 74 *N. J. L.* 469; *Horandt* v. *Central Railroad Co.,* 78 *Id.* 190, and *Boylan* v. *Meeker,* 28 *Id.* 274, cited by appellant.

In the present case the proofs said to be negative evidence were not such but, in fact, affirmative, based, as is said, upon actual examination and investigation. The weight to be given to this as well as to the contrary evidence upon the part of the defendant below, was for the trial judge to determine.

The judgment under review is affirmed, with costs.